# In the United States Court of Federal Claims

No. 17-877C
(Filed: October 22, 2019)

```
*****************************************
COMMON GROUND HEALTHCARE        *
COOPERATIVE,                    *
                                *
              Plaintiff,        *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
*****************************************
```

## **ORDER**

In a February 15, 2019 Opinion and Order, the court concluded that the government's failure to make cost-sharing reduction payments to plaintiff and the other cost-sharing reduction class ("CSR class") members violates 42 U.S.C. § 18071. It thereafter directed the parties to file a joint status report indicating the amount due to each CSR class member for its unpaid cost-sharing reduction reimbursements for 2017 and 2018, and indicated that upon being informed of the amounts, it would direct the entry of judgment on the CSR class's cost-sharing reduction claim pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims ("RCFC").[1]

The parties filed the requested joint status report on October 18, 2019. In an exhibit attached to the joint status report, the parties set forth the amounts due to each CSR class member for 2017 and 2018, the total amount due to each CSR class member, the amounts due to the CSR class for 2017 and 2018, and the total amount due to the CSR class for 2017 and 2018 combined. They request that the court (1) enter an order identifying the amounts due to each CSR class member for 2017 and 2018, and (2) direct the entry of partial final judgment for the class in the amount of $1,587,108,397.81. However, "[t]he United States makes this request without waiver of its right to appeal this judgment to the United States Court of Appeals for the Federal Circuit." In addition, plaintiff requests an award of costs pursuant to RCFC 54(d)(1).

---

[1] A judgment disposing of the entire case is not appropriate at this time because plaintiff also asserts a claim on behalf of a class related to the government's failure to make risk corridors payments, and proceedings on that claim are currently stayed pending final, nonappealable judgments in Moda Health Plan, Inc. v. United States, No. 16-649C, and Land of Lincoln Mutual Health Insurance Co. v. United States, No. 16-744C.

The court finds that there is no just reason for delaying the entry of judgment on the CSR class's cost-sharing reduction claim.  Thus, in accordance with its February 15, 2019 Opinion and Order, the court directs the clerk to enter judgment for the CSR class pursuant to RCFC 54(b) in the amount of $1,587,108,397.81, with the CSR class members entitled to the amounts set forth in the attached table.  Plaintiff is entitled to costs pursuant to RCFC 54(d)(1).[2]  The parties' stipulation to the amount of damages does not preclude their right to appeal this judgment.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge

---

[2] Pursuant to RCFC 54(d)(1), a Bill of Costs must be filed with the clerk "within 30 days after the date of final judgment, as defined in 28 U.S.C. § 2412(d)(2)(G)[.]"

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---:|---:|---:|
| **CLASS ACTION ISSUERS** | | | | |
| 77606 | AMERIHEALTH HMO, INC. | N/A | $ 3,047,605.42 | $ 3,047,605.42 |
| 91762 | AMERIHEALTH INS COMPANY OF NEW JERSEY | N/A | $ 32,618,681.42 | $ 32,618,681.42 |
| 86584 | ASPIRUS ARISE HEALTH PLAN OF WISCONSIN, INC. | $ 2,019,112.83 | $ 5,721,342.44 | $ 7,740,455.27 |
| 32536 | ATRIO HEALTH PLANS, INC. | $ 744,629.96 | N/A | $ 744,629.96 |
| 60536 | AVERA HEALTH PLANS, INC. | N/A | $ 9,586,878.41 | $ 9,586,878.41 |
| 15287 | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | $ 2,384,359.45 | $ 4,095,632.21 | $ 6,479,991.66 |
| 46944 | BLUE CROSS AND BLUE SHIELD OF ALABAMA | N/A | N/A | N/A |
| 18558 | BLUE CROSS AND BLUE SHIELD OF KANSAS, INC. | N/A | $ 32,292,758.48 | $ 32,292,758.48 |
| 26065 | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA | $ 7,429,833.05 | $ 124,625,479.03 | $ 132,055,312.08 |
| 27811 | BLUECROSS BLUESHIELD KANSAS SOLUTIONS, INC. | $ 4,440,640.38 | N/A | $ 4,440,640.38 |
| 82569 | BOSTON MEDICAL CENTER HEALTH PLAN, INC. D/B/A BOSTON MEDICAL CENTER HEALTHNET PLAN | $ 15,402,807.36 | $ 54,854,071.27 | $ 70,256,878.63 |
| 70285 | CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA | $ 3,555,835.11 | $ 155,399,758.50 | $ 158,955,593.61 |
| 45127 | CAPITAL ADVANTAGE ASSURANCE COMPANY | $ 43,610.93 | $ 12,570,291.68 | $ 12,613,902.61 |
| 28137 | CAREFIRST BLUECHOICE, INC. | $ 418,513.76 | $ 22,856,588.53 | $ 23,275,102.29 |
| 86052 | CAREFIRST BLUECHOICE, INC. | N/A | $ 32,233.00 | $ 32,233.00 |
| 10207 | CAREFIRST BLUECHOICE, INC. | $ 335,195.47 | $ 1,324,970.10 | $ 1,660,165.57 |
| 45532 | CAREFIRST OF MARYLAND, INC. | $ 528,650.22 | $ 1,814,032.42 | $ 2,342,682.64 |
| 77552 | CARESOURCE | $ 3,622,711.49 | $ 26,162,878.94 | $ 29,785,590.43 |
| 54192 | CARESOURCE INDIANA, INC. | $ 1,732,023.65 | $ 24,030,047.16 | $ 25,762,070.81 |
| 45636 | CARESOURCE KENTUCKY CO. | $ 4,303,746.23 | $ 17,716,337.86 | $ 22,020,084.09 |
| 50328 | CARESOURCE WEST VIRGINIA CO. | $ 89,800.35 | $ 4,816,047.85 | $ 4,905,848.20 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 94788 | CDPHP | $ 5,018.48 | $ 39,551.94 | $ 44,570.42 |
| 14630 | CHILDREN'S COMMUNITY HEALTH PLAN | $ 426,521.77 | $ 20,086,027.47 | $ 20,512,549.24 |
| 47579 | CHINESE COMMUNITY HEALTH PLAN | N/A | N/A | N/A |
| 72034 | CHRISTUS HEALTH PLAN | N/A | $ 680,352.03 | $ 680,352.03 |
| 66252 | CHRISTUS HEALTH PLAN | $ 121,354.15 | $ 12,174,529.60 | $ 12,295,883.75 |
| 87416 | COMMON GROUND HEALTHCARE COOPERATIVE | $ 10,542,927.12 | $ 46,286,304.63 | $ 56,829,231.75 |
| 18581 | COMMUNITY HEALTH PLAN OF WASHINGTON | $ 27,437.69 | N/A | $ 27,437.69 |
| 38345 | DEAN HEALTH PLAN | $ 4,955,476.60 | $ 11,102,317.80 | $ 16,057,794.40 |
| 66699 | DENVER HEALTH MEDICAL PLAN, INC | $ 6,063.52 | $ 413,674.24 | $ 419,737.76 |
| 78124 | EXCELLUS HEALTH PLAN, INC. | $ 15,291.35 | $ 238,299.05 | $ 253,590.40 |
| 88806 | FALLON COMMUNITY HEALTH PLAN, INC. | $ 26,283.75 | $ 3,496,255.83 | $ 3,522,539.58 |
| 63312 | FRIDAY HEALTH PLANS | $ 200,244.19 | $ 1,785,778.01 | $ 1,986,022.20 |
| 22444 | GEISINGER HEALTH PLAN | N/A | $ 18,448,473.36 | $ 18,448,473.36 |
| 34102 | GROUP HEALTH PLAN, INC. | $ 78,756.48 | $ 754,533.00 | $ 833,289.48 |
| 40308 | GROUP HOSPITALIZATION AND MEDICAL SERVICES INC. | $ 669,613.84 | $ 698,846.25 | $ 1,368,460.09 |
| 78079 | GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. | $ 90.00 | $ 34,777.41 | $ 34,867.41 |
| 94084 | GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. | $ 389,536.09 | $ 395,647.98 | $ 785,184.07 |
| 91058 | GUNDERSEN HEALTH PLAN, INC. | $ 160,545.91 | N/A | $ 160,545.91 |
| 18350 | HAWAII MEDICAL SERVICE ASSOCIATION | N/A | $ 4,024,958.29 | $ 4,024,958.29 |
| 36194 | HEALTH FIRST COMMERCIAL PLANS, INC. | $ 2,817,386.96 | N/A | $ 2,817,386.96 |
| 95865 | HEALTH PLAN OF NEVADA, INC. | N/A | $ 10,378,194.40 | $ 10,378,194.40 |
| 20173 | HEALTHPARTNERS INSURANCE COMPANY | N/A | $ 1,037,501.77 | $ 1,037,501.77 |
| 19636 | HMO LOUISIANA, INC. | $ 33,165.59 | $ 43,202,480.58 | $ 43,235,646.17 |
| 31609 | INDEPENDENCE BLUE CROSS (QCC INS. CO.) | $ 2,267,519.74 | $10,062,712.51 | $ 12,330,232.25 |
| 21032 | KAISER FOUNDATION HEALTH PLAN OF COLO. | N/A | $ 13,489,220.40 | $ 13,489,220.40 |
| 89942 | KAISER FOUNDATION HEALTH PLAN OF GEORGIA | $ 156,398.60 | $ 51,089,026.15 | $ 51,245,424.75 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 90296 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 63,371.39 | $ 26,513,262.17 | $ 26,576,633.56 |
| 95185 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 61,701.69 | $ 38,056,818.93 | $ 38,118,520.62 |
| 94506 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 1,224.78 | $ 55,430.36 | $ 56,655.14 |
| 80473 | KAISER FOUNDATION HEALTH PLAN OF WASHINGTON | $ 1,110,167.97 | $ 10,307,941.21 | $ 11,418,109.18 |
| 60612 | KAISER FOUNDATION HEALTH PLAN, INC. | $ 24,215.34 | $ 3,511,518.83 | $ 3,535,734.17 |
| 40513 | KAISER FOUNDATION HEALTH PLAN, INC. | $ 261,138.16 | $ 64,873,628.99 | $ 65,134,767.15 |
| 71287 | KAISER FOUNDATION HEALTHPLAN OF THE NW | $ 14,310.27 | $ 7,964,082.28 | $ 7,978,392.55 |
| 23371 | KAISER FOUNDATION HEALTHPLAN OF THE NW | $ 404,267.71 | $ 2,391,083.25 | $ 2,795,350.96 |
| 33871 | KEYSTONE HEALTH PLAN EAST, INC | N/A | $ 34,872,091.13 | $ 34,872,091.13 |
| 38498 | LIFEWISE HEALTH PLAN OF WA | $ 976,334.93 | $ 4,986,181.98 | $ 5,962,516.91 |
| 97176 | LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA | $ 40,501.02 | $ 1,949,070.66 | $ 1,989,571.68 |
| 58594 | MERIDIAN HEALTH PLAN OF MICHIGAN, INC. | $ 262,197.21 | $1,349,340.00 | $ 1,611,537.21 |
| 11177 | METROPLUS HEALTH PLAN | $ 25,454.56 | $ 305,038.90 | $ 330,493.46 |
| 73331 | MINUTEMAN HEALTH, INC | $ 287,589.87 | N/A | $ 287,589.87 |
| 61163 | MINUTEMAN HEALTH, INC | $ 1,067,484.30 | N/A | $ 1,067,484.30 |
| 39424 | MODA HEALTH PLAN, INC. | N/A | $ 11,020,016.97 | $ 11,020,016.97 |
| 56184 | MVP HEALTH PLAN, INC. | $ 463,460.26 | $ 659,118.21 | $ 1,122,578.47 |
| 77566 | MVP HEALTH PLAN, INC. | $ 406,386.81 | $ 4,770,789.34 | $ 5,177,176.15 |
| 81413 | NETWORK HEALTH PLAN | $ 457,083.57 | $ 1,863,260.62 | $ 2,320,344.19 |
| 93091 | NEW MEXICO HEALTH CONNECTIONS | $ 19,320.61 | $ 7,783,770.57 | $ 7,803,091.18 |
| 20507 | OPTIMA HEALTH PLAN | $ 4,455,124.77 | $ 45,519,921.54 | $ 49,975,046.31 |
| 23818 | OSCAR GARDEN STATE INSURANCE CORPORATION | N/A | $ 1,670,792.24 | $ 1,670,792.24 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---:|---:|---:|
| 10544 | OSCAR HEALTH PLAN OF CALIFORNIA | N/A | $ 2,868,234.47 | $ 2,868,234.47 |
| 23552 | OSCAR INSURANCE COMPANY | N/A | $ 7,251,042.10 | $ 7,251,042.10 |
| 20069 | OSCAR INSURANCE COMPANY | $ 1,332,495.62 | $ 54,108,574.53 | $ 55,441,070.15 |
| 74289 | OSCAR INSURANCE CORPORATION | N/A | $ 218,943.45 | $ 218,943.45 |
| 45845 | OSCAR INSURANCE CORPORATION OF OHIO | N/A | $ 3,073,467.50 | $ 3,073,467.50 |
| 60597 | PACIFICSOURCE HEALTH PLANS | $ 68,888.81 | N/A | $ 68,888.81 |
| 10091 | PACIFICSOURCE HEALTH PLANS | N/A | $ 2,855,185.77 | $ 2,855,185.77 |
| 23603 | PACIFICSOURCE HEALTH PLANS | N/A | $ 3,049,818.66 | $ 3,049,818.66 |
| 74313 | PARAMOUNT INSURANCE COMPANY | $ 536,850.12 | N/A | $ 536,850.12 |
| 60829 | PHYSICIANS HEALTH PLAN | $ 160,115.21 | $ 2,115,273.52 | $ 2,275,388.73 |
| 49831 | PREMERA BLUE CROSS | $ 1,139,974.36 | $ 6,956,926.22 | $ 8,096,900.58 |
| 38344 | PREMERA BLUE CROSS BLUE SHIELD OF ALASKA | N/A | $ 11,054,226.50 | $ 11,054,226.50 |
| 26734 | PREMIER HEALTH PLAN, INC. | $ 485,870.13 | N/A | $ 485,870.13 |
| 29698 | PRIORITY HEALTH | $ 9,497,198.62 | $ 14,592,689.48 | $ 24,089,888.10 |
| 37392 | PROMINENCE HEALTHFIRST OF TEXAS, INC. | $ 61,820.56 | N/A | $ 61,820.56 |
| 56707 | PROVIDENCE HEALTH PLAN | N/A | $ 18,003,012.55 | $ 18,003,012.55 |
| 38166 | SECURITY HEALTH PLAN OF WISCONSIN, INC. | $ 313,857.88 | $ 19,853,798.12 | $ 20,167,656.00 |
| 26002 | SELECTHEALTH | $ 4,414,757.46 | $ 11,834,181.55 | $ 16,248,939.01 |
| 68781 | SELECTHEALTH | $ 16,341,918.82 | $ 90,677,777.04 | $ 107,019,695.86 |
| 26539 | SHA, LLC DBA FIRSTCARE HEALTH PLANS | N/A | $ 8,505,436.22 | $ 8,505,436.22 |
| 92499 | SHARP HEALTH PLAN | $ 25,312.75 | $ 4,197,709.69 | $ 4,223,022.44 |
| 52664 | SUMMA INSURANCE COMPANY, INC. | $ 21,128.56 | $ 1,676,637.09 | $ 1,697,765.65 |
| 59763 | TUFTS HEALTH PUBLIC PLANS INC. | $ 8,370,566.22 | $ 45,034,657.98 | $ 53,405,224.20 |
| 85736 | UCARE MINNESOTA | $ 95,369.42 | $ 1,088,402.29 | $ 1,183,771.71 |
| 54235 | UNITEDHEALTHCARE OF NEW YORK, INC. | $ 18,557.38 | $ 88,123.67 | $ 106,681.05 |
| 38599 | UNITEDHEALTHCARE OF THE MID-ATLANTIC INC | $ 280,357.81 | N/A | $ 280,357.81 |
| 37833 | UNITY HEALTH PLANS INSURANCE CORPORATION | $ 2,589,106.18 | $ 12,506,806.19 | $ 15,095,912.37 |
| 42261 | UNIVERSITY OF UTAH HEALTH INSURANCE PLANS | $ 945,062.42 | $ 15,025,864.94 | $ 15,970,927.36 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 16322 | UPMC HEALTH OPTIONS, INC. | $ 2,329,917.99 | $ 38,669,887.09 | $ 40,999,805.08 |
| 75293 | USABLE MUTUAL INSURANCE COMPANY | $ 1,790,505.66 | $ 21,905,927.13 | $ 23,696,432.79 |
| 67243 | VANTAGE HEALTH PLAN, INC. | N/A | $ 2,019,226.88 | $ 2,019,226.88 |
| 93689 | WESTERN HEALTH ADVANTAGE | N/A | $ 2,796,242.31 | $ 2,796,242.31 |
|  |  | $ 131,172,069.27 | $ 1,455,936,328.54 | $ 1,587,108,397.81 |
|  |  | **2017 Total** | **2018 Total** | **Combined 2017-2018 Total** |