# In the United States Court of Federal Claims

No. 17-877 C
Filed: October 22, 2019

**COMMON GROUND HEALTHCARE COOPERATIVE, on behalf of itself and all others similarly situated**

       v.

**THE UNITED STATES**

**RULE 54(b) JUDGMENT**

    Pursuant to the court's Opinion and Order, filed February 15, 2019, granting plaintiff's motion for summary judgment and denying defendant's motion to dismiss; and Order, filed October 22, 2019, directing the entry of judgment under Rule 54(b), there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for the cost-sharing reduction (CSR) class in the amount of $1,587,108,397.81, with the CSR class members entitled to the amounts set forth in the attached table. Plaintiff is entitled to costs.

                                    Lisa L. Reyes
                                    Clerk of Court

                    By:    s/ Debra L. Samler

                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| **CLASS ACTION ISSUERS** | | | | |
| 77606 | AMERIHEALTH HMO, INC. | N/A | $ 3,047,605.42 | $ 3,047,605.42 |
| 91762 | AMERIHEALTH INS COMPANY OF NEW JERSEY | N/A | $ 32,618,681.42 | $ 32,618,681.42 |
| 86584 | ASPIRUS ARISE HEALTH PLAN OF WISCONSIN, INC. | $ 2,019,112.83 | $ 5,721,342.44 | $ 7,740,455.27 |
| 32536 | ATRIO HEALTH PLANS, INC. | $ 744,629.96 | N/A | $ 744,629.96 |
| 60536 | AVERA HEALTH PLANS, INC. | N/A | $ 9,586,878.41 | $ 9,586,878.41 |
| 15287 | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | $ 2,384,359.45 | $ 4,095,632.21 | $ 6,479,991.66 |
| 46944 | BLUE CROSS AND BLUE SHIELD OF ALABAMA | N/A | N/A | N/A |
| 18558 | BLUE CROSS AND BLUE SHIELD OF KANSAS, INC. | N/A | $ 32,292,758.48 | $ 32,292,758.48 |
| 26065 | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA | $ 7,429,833.05 | $ 124,625,479.03 | $ 132,055,312.08 |
| 27811 | BLUECROSS BLUESHIELD KANSAS SOLUTIONS, INC. | $ 4,440,640.38 | N/A | $ 4,440,640.38 |
| 82569 | BOSTON MEDICAL CENTER HEALTH PLAN, INC. D/B/A BOSTON MEDICAL CENTER HEALTHNET PLAN | $ 15,402,807.36 | $ 54,854,071.27 | $ 70,256,878.63 |
| 70285 | CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA | $ 3,555,835.11 | $ 155,399,758.50 | $ 158,955,593.61 |
| 45127 | CAPITAL ADVANTAGE ASSURANCE COMPANY | $ 43,610.93 | $ 12,570,291.68 | $ 12,613,902.61 |
| 28137 | CAREFIRST BLUECHOICE, INC. | $ 418,513.76 | $ 22,856,588.53 | $ 23,275,102.29 |
| 86052 | CAREFIRST BLUECHOICE, INC. | N/A | $ 32,233.00 | $ 32,233.00 |
| 10207 | CAREFIRST BLUECHOICE, INC. | $ 335,195.47 | $ 1,324,970.10 | $ 1,660,165.57 |
| 45532 | CAREFIRST OF MARYLAND, INC. | $ 528,650.22 | $ 1,814,032.42 | $ 2,342,682.64 |
| 77552 | CARESOURCE | $ 3,622,711.49 | $ 26,162,878.94 | $ 29,785,590.43 |
| 54192 | CARESOURCE INDIANA, INC. | $ 1,732,023.65 | $ 24,030,047.16 | $ 25,762,070.81 |
| 45636 | CARESOURCE KENTUCKY CO. | $ 4,303,746.23 | $ 17,716,337.86 | $ 22,020,084.09 |
| 50328 | CARESOURCE WEST VIRGINIA CO. | $ 89,800.35 | $ 4,816,047.85 | $ 4,905,848.20 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 94788 | CDPHP | $ 5,018.48 | $ 39,551.94 | $ 44,570.42 |
| 14630 | CHILDREN'S COMMUNITY HEALTH PLAN | $ 426,521.77 | $ 20,086,027.47 | $ 20,512,549.24 |
| 47579 | CHINESE COMMUNITY HEALTH PLAN | N/A | N/A | N/A |
| 72034 | CHRISTUS HEALTH PLAN | N/A | $ 680,352.03 | $ 680,352.03 |
| 66252 | CHRISTUS HEALTH PLAN | $ 121,354.15 | $ 12,174,529.60 | $ 12,295,883.75 |
| 87416 | COMMON GROUND HEALTHCARE COOPERATIVE | $ 10,542,927.12 | $ 46,286,304.63 | $ 56,829,231.75 |
| 18581 | COMMUNITY HEALTH PLAN OF WASHINGTON | $ 27,437.69 | N/A | $ 27,437.69 |
| 38345 | DEAN HEALTH PLAN | $ 4,955,476.60 | $ 11,102,317.80 | $ 16,057,794.40 |
| 66699 | DENVER HEALTH MEDICAL PLAN, INC | $ 6,063.52 | $ 413,674.24 | $ 419,737.76 |
| 78124 | EXCELLUS HEALTH PLAN, INC. | $ 15,291.35 | $ 238,299.05 | $ 253,590.40 |
| 88806 | FALLON COMMUNITY HEALTH PLAN, INC. | $ 26,283.75 | $ 3,496,255.83 | $ 3,522,539.58 |
| 63312 | FRIDAY HEALTH PLANS | $ 200,244.19 | $ 1,785,778.01 | $ 1,986,022.20 |
| 22444 | GEISINGER HEALTH PLAN | N/A | $ 18,448,473.36 | $ 18,448,473.36 |
| 34102 | GROUP HEALTH PLAN, INC. | $ 78,756.48 | $ 754,533.00 | $ 833,289.48 |
| 40308 | GROUP HOSPITALIZATION AND MEDICAL SERVICES INC. | $ 669,613.84 | $ 698,846.25 | $ 1,368,460.09 |
| 78079 | GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. | $ 90.00 | $ 34,777.41 | $ 34,867.41 |
| 94084 | GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. | $ 389,536.09 | $ 395,647.98 | $ 785,184.07 |
| 91058 | GUNDERSEN HEALTH PLAN, INC. | $ 160,545.91 | N/A | $ 160,545.91 |
| 18350 | HAWAII MEDICAL SERVICE ASSOCIATION | N/A | $ 4,024,958.29 | $ 4,024,958.29 |
| 36194 | HEALTH FIRST COMMERCIAL PLANS, INC. | $ 2,817,386.96 | N/A | $ 2,817,386.96 |
| 95865 | HEALTH PLAN OF NEVADA, INC. | N/A | $ 10,378,194.40 | $ 10,378,194.40 |
| 20173 | HEALTHPARTNERS INSURANCE COMPANY | N/A | $ 1,037,501.77 | $ 1,037,501.77 |
| 19636 | HMO LOUISIANA, INC. | $ 33,165.59 | $ 43,202,480.58 | $ 43,235,646.17 |
| 31609 | INDEPENDENCE BLUE CROSS (QCC INS. CO.) | $ 2,267,519.74 | $10,062,712.51 | $ 12,330,232.25 |
| 21032 | KAISER FOUNDATION HEALTH PLAN OF COLO. | N/A | $ 13,489,220.40 | $ 13,489,220.40 |
| 89942 | KAISER FOUNDATION HEALTH PLAN OF GEORGIA | $ 156,398.60 | $ 51,089,026.15 | $ 51,245,424.75 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---:|---:|---:|
| 90296 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 63,371.39 | $ 26,513,262.17 | $ 26,576,633.56 |
| 95185 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 61,701.69 | $ 38,056,818.93 | $ 38,118,520.62 |
| 94506 | KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | $ 1,224.78 | $ 55,430.36 | $ 56,655.14 |
| 80473 | KAISER FOUNDATION HEALTH PLAN OF WASHINGTON | $ 1,110,167.97 | $ 10,307,941.21 | $ 11,418,109.18 |
| 60612 | KAISER FOUNDATION HEALTH PLAN, INC. | $ 24,215.34 | $ 3,511,518.83 | $ 3,535,734.17 |
| 40513 | KAISER FOUNDATION HEALTH PLAN, INC. | $ 261,138.16 | $ 64,873,628.99 | $ 65,134,767.15 |
| 71287 | KAISER FOUNDATION HEALTHPLAN OF THE NW | $ 14,310.27 | $ 7,964,082.28 | $ 7,978,392.55 |
| 23371 | KAISER FOUNDATION HEALTHPLAN OF THE NW | $ 404,267.71 | $ 2,391,083.25 | $ 2,795,350.96 |
| 33871 | KEYSTONE HEALTH PLAN EAST, INC | N/A | $ 34,872,091.13 | $ 34,872,091.13 |
| 38498 | LIFEWISE HEALTH PLAN OF WA | $ 976,334.93 | $ 4,986,181.98 | $ 5,962,516.91 |
| 97176 | LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA | $ 40,501.02 | $ 1,949,070.66 | $ 1,989,571.68 |
| 58594 | MERIDIAN HEALTH PLAN OF MICHIGAN, INC. | $ 262,197.21 | $1,349,340.00 | $ 1,611,537.21 |
| 11177 | METROPLUS HEALTH PLAN | $ 25,454.56 | $ 305,038.90 | $ 330,493.46 |
| 73331 | MINUTEMAN HEALTH, INC | $ 287,589.87 | N/A | $ 287,589.87 |
| 61163 | MINUTEMAN HEALTH, INC | $ 1,067,484.30 | N/A | $ 1,067,484.30 |
| 39424 | MODA HEALTH PLAN, INC. | N/A | $ 11,020,016.97 | $ 11,020,016.97 |
| 56184 | MVP HEALTH PLAN, INC. | $ 463,460.26 | $ 659,118.21 | $ 1,122,578.47 |
| 77566 | MVP HEALTH PLAN, INC. | $ 406,386.81 | $ 4,770,789.34 | $ 5,177,176.15 |
| 81413 | NETWORK HEALTH PLAN | $ 457,083.57 | $ 1,863,260.62 | $ 2,320,344.19 |
| 93091 | NEW MEXICO HEALTH CONNECTIONS | $ 19,320.61 | $ 7,783,770.57 | $ 7,803,091.18 |
| 20507 | OPTIMA HEALTH PLAN | $ 4,455,124.77 | $ 45,519,921.54 | $ 49,975,046.31 |
| 23818 | OSCAR GARDEN STATE INSURANCE CORPORATION | N/A | $ 1,670,792.24 | $ 1,670,792.24 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 10544 | OSCAR HEALTH PLAN OF CALIFORNIA | N/A | $ 2,868,234.47 | $ 2,868,234.47 |
| 23552 | OSCAR INSURANCE COMPANY | N/A | $ 7,251,042.10 | $ 7,251,042.10 |
| 20069 | OSCAR INSURANCE COMPANY | $ 1,332,495.62 | $ 54,108,574.53 | $ 55,441,070.15 |
| 74289 | OSCAR INSURANCE CORPORATION | N/A | $ 218,943.45 | $ 218,943.45 |
| 45845 | OSCAR INSURANCE CORPORATION OF OHIO | N/A | $ 3,073,467.50 | $ 3,073,467.50 |
| 60597 | PACIFICSOURCE HEALTH PLANS | $ 68,888.81 | N/A | $ 68,888.81 |
| 10091 | PACIFICSOURCE HEALTH PLANS | N/A | $ 2,855,185.77 | $ 2,855,185.77 |
| 23603 | PACIFICSOURCE HEALTH PLANS | N/A | $ 3,049,818.66 | $ 3,049,818.66 |
| 74313 | PARAMOUNT INSURANCE COMPANY | $ 536,850.12 | N/A | $ 536,850.12 |
| 60829 | PHYSICIANS HEALTH PLAN | $ 160,115.21 | $ 2,115,273.52 | $ 2,275,388.73 |
| 49831 | PREMERA BLUE CROSS | $ 1,139,974.36 | $ 6,956,926.22 | $ 8,096,900.58 |
| 38344 | PREMERA BLUE CROSS BLUE SHIELD OF ALASKA | N/A | $ 11,054,226.50 | $ 11,054,226.50 |
| 26734 | PREMIER HEALTH PLAN, INC. | $ 485,870.13 | N/A | $ 485,870.13 |
| 29698 | PRIORITY HEALTH | $ 9,497,198.62 | $ 14,592,689.48 | $ 24,089,888.10 |
| 37392 | PROMINENCE HEALTHFIRST OF TEXAS, INC. | $ 61,820.56 | N/A | $ 61,820.56 |
| 56707 | PROVIDENCE HEALTH PLAN | N/A | $ 18,003,012.55 | $ 18,003,012.55 |
| 38166 | SECURITY HEALTH PLAN OF WISCONSIN, INC. | $ 313,857.88 | $ 19,853,798.12 | $ 20,167,656.00 |
| 26002 | SELECTHEALTH | $ 4,414,757.46 | $ 11,834,181.55 | $ 16,248,939.01 |
| 68781 | SELECTHEALTH | $ 16,341,918.82 | $ 90,677,777.04 | $ 107,019,695.86 |
| 26539 | SHA, LLC DBA FIRSTCARE HEALTH PLANS | N/A | $ 8,505,436.22 | $ 8,505,436.22 |
| 92499 | SHARP HEALTH PLAN | $ 25,312.75 | $ 4,197,709.69 | $ 4,223,022.44 |
| 52664 | SUMMA INSURANCE COMPANY, INC. | $ 21,128.56 | $ 1,676,637.09 | $ 1,697,765.65 |
| 59763 | TUFTS HEALTH PUBLIC PLANS INC. | $ 8,370,566.22 | $ 45,034,657.98 | $ 53,405,224.20 |
| 85736 | UCARE MINNESOTA | $ 95,369.42 | $ 1,088,402.29 | $ 1,183,771.71 |
| 54235 | UNITEDHEALTHCARE OF NEW YORK, INC. | $ 18,557.38 | $ 88,123.67 | $ 106,681.05 |
| 38599 | UNITEDHEALTHCARE OF THE MID-ATLANTIC INC | $ 280,357.81 | N/A | $ 280,357.81 |
| 37833 | UNITY HEALTH PLANS INSURANCE CORPORATION | $ 2,589,106.18 | $ 12,506,806.19 | $ 15,095,912.37 |
| 422261 | UNIVERSITY OF UTAH HEALTH INSURANCE PLANS | $ 945,062.42 | $ 15,025,864.94 | $ 15,970,927.36 |

| Issuer ID | Name | 2017 Damages | 2018 Damages | 2017 + 2018 Damages |
|---|---|---|---|---|
| 16322 | UPMC HEALTH OPTIONS, INC. | $ 2,329,917.99 | $ 38,669,887.09 | $ 40,999,805.08 |
| 75293 | USABLE MUTUAL INSURANCE COMPANY | $ 1,790,505.66 | $ 21,905,927.13 | $ 23,696,432.79 |
| 67243 | VANTAGE HEALTH PLAN, INC. | N/A | $ 2,019,226.88 | $ 2,019,226.88 |
| 93689 | WESTERN HEALTH ADVANTAGE | N/A | $ 2,796,242.31 | $ 2,796,242.31 |
| | 2017 Total | $ 131,172,069.27 | 2018 Total $ 1,455,936,328.54 | Combined 2017-2018 Total $ 1,587,108,397.81 |