# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

October 25, 2019

Stephen A. Swedlow, Esquire
Quinn, Emanuel, et al.
191 North Wacker Drive
Suite 2700
Chicago, IL 60606

        *In re:*   *Common Ground Healthcare Cooperative v. United States*;
                Case No. 17-877 C

Dear Mr. Swedlow:

    I enclose herewith the 28 U.S.C. § 2517 certified transcript of judgment, dated October 23, 2019, in the above-entitled case.

    As to the procedure for obtaining payment of this judgment, please see the enclosed instruction sheet.

                                      Sincerely,

                                      Debbie Samler
                                      Judicial Support Specialist

Enclosures

cc: Christopher J. Carney, Esquire