# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>          Plaintiff,<br>          on behalf of itself and all<br>          others similarly situated,<br>vs.<br>THE UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

## PLAINTIFF COMMON GROUND HEALTHCARE COOPERATIVE'S UNOPPOSED EIGHTH MOTION TO INCLUDE ADDITIONAL CLASS MEMBERS

Pursuant to Rule 23(c) of this Court's Rules ("RCFC"), Plaintiff Common Ground Healthcare Cooperative ("Plaintiff") respectfully requests that the Court grant this motion to include additional QHP Issuers to the 2016 Risk Corridors Class. The additional class members are listed below:

1. Allegian Insurance Company (HIOS ID 63509)

2. PHPS, Inc. (fka Phoenix Health Plans, Inc.) (HIOS ID 65441)

The class members were provided with the court-approved notice. The class members' opt-in forms are attached as Exhibit A. We have conferred with counsel for the government, who indicated that the government does not oppose this motion.

| | |
|---|---|
| Dated: June 23, 2020 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | */s/ Stephen Swedlow* |
| | Stephen Swedlow |
| | stephenswedlow@quinnemanuel.com |
| | 191 North Wacker Drive |
| | Suite 2700 |
| | Chicago, Illinois 60606 |
| | Telephone:  (312) 705-7400 |
| | Facsimile:  (312) 705-7401 |
| | |
| | J.D. Horton |
| | jdhorton@quinnemanuel.com |
| | Adam B. Wolfson |
| | adamwolfson@quinnemanuel.com |
| | 865 S. Figueroa Street |
| | Los Angeles, California 90017 |
| | Telephone:  (213) 443-3000 |
| | Facsimile:  (213) 443-3100 |
| | |
| | *Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class* |

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2020, a copy of the foregoing Plaintiff's Eighth Motion to Include Additional Class Members was served via the Court's CM/ECF system on Defendant's counsel of record.

                                                   */s/ Stephen Swedlow*
                                                    Stephen Swedlow