# In the United States Court of Federal Claims

No. 17-877C
(Filed: June 24, 2020)

```
*****************************************
COMMON GROUND HEALTHCARE      *
COOPERATIVE,                  *
                              *
          Plaintiff,          *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
          Defendant.          *
*****************************************
```

## ORDER

      On June 23, 2020, plaintiff in the above-captioned case filed an unopposed motion to add two new members to the risk corridors class. Plaintiff represents that the proposed class members received a copy of the court-approved notice and executed the required opt-in form (which are attached to plaintiff's motion). Plaintiff's unopposed motion is **GRANTED**. The following entities shall be included in the risk corridors class:

- Allegian Insurance Company (HIOS ID 63509)

- PHPS, Inc. (fka Phoenix Health Plans, Inc.) (HIOS ID 65441)

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge