# In the United States Court of Federal Claims

No. 17-877 C
Filed: August 20, 2020

**COMMON GROUND HEALTHCARE
COOPERATIVE**

                                              **RULE 54(b)
                                              JUDGMENT**

    **v.**

**THE UNITED STATES**

       Pursuant to the court's Order, filed August 19, 2020, granting plaintiff's motion to amend the judgment, entered on July 23, 2020, pursuant to RCFC 59(e) and RCFC 60(b), and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

       IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Non-Dispute Subclass recover of and from the United States the amount of $1,796,711,630.07. The judgment shall be payable to JND Legal Administration, the claims administrator retained by class counsel, for distribution to the members of the Non-Dispute Subclass as set forth in the attached Exhibit A.

                                                          Lisa L. Reyes
                                                          Clerk of Court

                                  By:     s/ Debra L. Samler

                                                          Deputy Clerk

# Exhibit A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COMMON GROUND HEALTHCARE COOPERATIVE,

    Plaintiff,
    on behalf of itself and all others similarly situated,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

Case No. 17-877C

Judge Sweeney

## EXHIBIT A TO MOTION TO AMEND JUDGMENT

| HIOS ID | Issuer Name | 2016 RC Payments Balance |
|---|---|---|
| 36373 | All Savers Insurance Company | $6,211,732.83 |
| 39924 | All Savers Insurance Company | $1,126,391.67 |
| 85947 | All Savers Insurance Company | $37,629,395.75 |
| 98971 | All Savers Insurance Company | $2,787,630.49 |
| 78726 | All Savers Insurance Company | $446,164.50 |
| 63509 | Allegian Insurance Company | $6,758,866.06 |
| 67577 | Alliance Health and Life Insurance Company | $846,068.00 |
| 32536 | ATRIO Health Plans | $3,823,044.78 |
| 60536 | Avera Health Plans, Inc. | $14,067,742.19 |
| 74980 | Avera Health Plans, Inc. | $363,498.27 |
| 15287 | Blue Cross & Blue Shield of Rhode Island | $6,723,928.86 |
| 18558 | Blue Cross and Blue Shield of Kansas, Inc. | $17,976,022.65 |
| 27811 | BlueCross BlueShield Kansas Solutions, Inc. | $28,596,175.72 |
| 40586 | Bluegrass Family Health, Inc. | $12,763,363.04 |
| 45127 | Capital Advantage Assurance Company | $12,584,816.88 |
| 10207 | CareFirst BlueChoice, Inc. | $8,737,341.69 |
| 28137 | CareFirst BlueChoice, Inc. | $41,057,486.62 |
| 86052 | CareFirst BlueChoice, Inc. | $139,120.92 |
| 45532 | CareFirst of Maryland, Inc. | $11,602,784.86 |
| 77552 | CareSource | $32,086,445.80 |
| 54192 | CareSource Indiana, Inc. | $10,568,031.40 |
| 45636 | CareSource Kentucky Co. | $3,087,507.35 |
| 50328 | CareSource West Virginia Co. | $1,239,716.45 |
| 94788 | CDPHP | $1,128,625.43 |

| | | |
|---|---|---|
| 92551 | CDPHP Universal Benefits Inc. | $10,440,924.71 |
| 47579 | Chinese Community Health Plan | $1,287,266.96 |
| 66252 | CHRISTUS Health Plan | $9,529,090.47 |
| 72034 | CHRISTUS Health Plan | $2,352,154.70 |
| 63312 | Colorado Choice Health Plans | $4,956,311.74 |
| 87416 | Common Ground Healthcare Cooperative | $27,657,256.98 |
| 18581 | Community Health Plan of Washington | $492,042.87 |
| 98905 | CommunityCare HMO Inc. | $677,742.83 |
| 87698 | CommunityCare Life & Health Insurance Co. | $1,522,505.85 |
| 38345 | Dean Health Plan | $5,406,793.42 |
| 78124 | Excellus Health Plan, Inc. | $23,595,031.50 |
| 88806 | Fallon Community Health Plan, Inc. | $1,935,393.50 |
| 22444 | Geisinger Health Plan | $13,244,631.61 |
| 75729 | Geisinger Quality Options, Inc. | $5,955,066.10 |
| 78079 | GHMSI | $434,190.13 |
| 94084 | GHMSI | $9,019,881.61 |
| 80473 | Group Health Cooperative | $21,043,260.92 |
| 34102 | Group Health Plan, Inc. | $14,052,643.55 |
| 40308 | Group Hospitalization and Medical Services Inc. | $4,073,508.25 |
| 27651 | Gundersen Health Plan, Inc. | $81,427.05 |
| 91058 | Gundersen Health Plan, Inc. | $3,649,847.44 |
| 78463 | Harken Health Insurance Company | $28,285,818.16 |
| 95852 | Harken Health Insurance Company | $12,210,414.34 |
| 70239 | Health Choice Insurance Co. | $12,591,097.47 |
| 27357 | Health First Health Plans, Inc. | $1,432,717.01 |
| 77150 | Health First Insurance, Inc. | $205,230.49 |
| 95865 | Health Plan of Nevada, Inc. | $3,326,339.65 |
| 47342 | Health Tradition Health Plan | $2,691,924.97 |
| 92036 | HealthSpan, Inc. | $1,546,837.99 |
| 20126 | HealthSpan Integrated Care | $4,471,693.71 |
| 19636 | HMO Louisiana, Inc. | $5,177,649.58 |
| 91661 | Horizon Healthcare Services, Inc. | $16,478,389.42 |
| 33380 | Indiana University Health Plans, Inc. | $403,177.29 |
| 21032 | Kaiser Foundation Health Plan of Colo. | $76,429,472.92 |
| 89942 | Kaiser Foundation Health Plan of Georgia | $30,010,904.53 |
| 90296 | Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. | $31,142,310.40 |
| 94506 | Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. | $2,007,972.38 |
| 95185 | Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. | $36,966,452.97 |
| 40513 | Kaiser Foundation Health Plan, Inc. | $155,537,695.89 |

| | | |
|---|---|---|
| 60612 | Kaiser Foundation Health Plan, Inc. | $16,173,112.98 |
| 23371 | Kaiser Foundation Healthplan of the NW | $6,553,058.03 |
| 71287 | Kaiser Foundation Healthplan of the NW | $15,251,167.48 |
| 53789 | Keystone Health Plan Central | $14,500,584.78 |
| 97176 | Louisiana Health Service & Indemnity Company | $23,579,282.01 |
| 58326 | MercyCare HMO, Inc. | $1,966,338.04 |
| 35334 | MercyCare Insurance Company | $690,228.89 |
| 11177 | MetroPlus Health Plan | $15,037,085.52 |
| 81413 | Network Health Plan | $2,307,460.56 |
| 82483 | North Shore-LIJ Insurance Company Inc | $113,132,550.69 |
| 20507 | Optima Health Plan | $8,636,390.10 |
| 10544 | Oscar Health Plan of California | $4,167,289.22 |
| 20069 | Oscar Insurance Company of Texas | $35,085,745.70 |
| 74289 | Oscar Insurance Corporation | $107,138,699.40 |
| 50221 | Oscar Insurance Corporation of New Jersey | $3,064,840.14 |
| 48834 | Oxford Health Plans (NJ), Inc. | $4,561,830.04 |
| 10091 | PacificSource Health Plans | $7,045,120.75 |
| 23603 | PacificSource Health Plans | $9,853,702.22 |
| 60597 | PacificSource Health Plans | $1,205,143.84 |
| 65441 | PHPS, Inc. (fka Phoenix Health Plans, Inc.) | $14,356,552.64 |
| 50816 | Physicians Health Plan of Northern Indiana, Inc. | $4,482,634.94 |
| 58564 | Physicians Plus Insurance Corporation | $464,542.33 |
| 26734 | Premier Health Plan, Inc. | $5,682,287.55 |
| 57173 | Presbyterian Health Plan, Inc. | $2,801,184.47 |
| 52744 | Presbyterian Insurance Company, Inc. | $8,019,908.13 |
| 29698 | Priority Health | $26,339,617.56 |
| 29241 | Priority Health Insurance Company (PHIC) | $7,075,598.39 |
| 37392 | Prominence HealthFirst of Texas, Inc. | $1,572,951.33 |
| 56707 | Providence Health Plan | $66,966,568.57 |
| 70525 | QCA Health Plan, Inc. | $5,894,850.51 |
| 37903 | QualChoice Life & Health Insurance Company, Inc. | $6,742,797.09 |
| 80208 | Rocky Mountain Health Care Options | $4,463,039.51 |
| 97879 | Rocky Mountain HMO | $14,623,375.96 |
| 38166 | Security Health Plan of Wisconsin, Inc. | $27,043,286.85 |
| 26002 | SelectHealth | $57,700,877.85 |
| 68781 | SelectHealth | $143,988,818.30 |
| 26539 | SHA, LLC DBA FirstCare Health Plans | $7,708,618.14 |
| 92499 | Sharp Health Plan | $1,282,855.34 |
| 52664 | Summa Insurance Company, Inc. | $2,037,988.17 |
| 85736 | UCare Minnesota | $10,114,026.06 |
| 37873 | UnitedHealthcare Benefits Plan of California | $510,269.44 |

| | | |
|---|---|---|
| 49650 | UnitedHealthcare Insurance Company | $793,529.41 |
| 31779 | UnitedHealthcare Insurance Company | $492,333.25 |
| 23489 | UnitedHealthcare Insurance Company | $2,903.41 |
| 57860 | UnitedHealthcare Insurance Company | $486,864.50 |
| 69443 | UnitedHealthcare Insurance Company | $2,134,105.98 |
| 68259 | UnitedHealthcare of Alabama, Inc. | $4,226,662.97 |
| 59036 | UnitedHealthcare of Colorado, Inc. | $719,427.07 |
| 68398 | UnitedHealthcare of Florida, Inc. | $9,330,450.46 |
| 43802 | UnitedHealthcare of Georgia, Inc. | $4,356,433.40 |
| 38499 | UnitedHealthcare of Louisiana, Inc. | $200,537.78 |
| 97560 | UnitedHealthcare of Mississippi, Inc. | $3,906,592.67 |
| 54235 | UnitedHealthcare of New York, Inc. | $4,509,245.86 |
| 33931 | UnitedHealthcare of Ohio, Inc. | $3,833,592.57 |
| 45480 | UnitedHealthcare of Oklahoma, Inc. | $3,012,668.48 |
| 24872 | UnitedHealthcare of Pennsylvania, Inc. | $2,254,922.55 |
| 21066 | UnitedHealthcare of the Mid-Atlantic Inc | $53,160.65 |
| 38599 | UnitedHealthcare of the Mid-Atlantic Inc | $1,646,134.28 |
| 44751 | UnitedHealthcare of the Midlands, Inc. | $6,406,781.24 |
| 51902 | UnitedHealthcare of the Midlands, Inc. | $1,351,512.14 |
| 16724 | UnitedHealthcare of the Midwest, Inc. | $157,038.37 |
| 66413 | UnitedHealthcare of Utah, Inc. | $53,669.11 |
| 43861 | UnitedHealthcare of Washington, Inc. | $1,374,207.83 |
| 62560 | UPMC Health Coverage, Inc. | $281,136.83 |
| 16322 | UPMC Health Options, Inc. | $60,714,960.72 |
| 75293 | USAble Mutual Insurance Company | $19,022,135.87 |
| 67243 | Vantage Health Plan, Inc. | $8,130,698.29 |
| 93689 | Western Health Advantage | $1,695,441.23 |
| 30969 | ZOOM+Care Health Insurance | $1,067,230.06 |
| **TOTAL** | | **$1,796,711,630.07** |