**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>   vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 14, 2020 order (Dkt. 109), the Dispute Subclass (consisting of Freelancers Co-Op of New Jersey ("Freelancers")) and the United States submit this joint status report. Freelancers and the United States continue to exchange information and work to finalize language of an agreed stipulation to judgment. Once the parties finalize an agreed stipulation, Freelancers, which is in liquidation, will submit the agreed stipulation to the court overseeing its liquidation for approval. The Parties request that the Court enter an order requiring the Parties to submit either a stipulation to judgment or a joint status report in 28 days.

1

DATED:  September 11, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Stephen Swedlow*
Stephen Swedlow
stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

J.D. Horton
jdhorton@quinnemanuel.com
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

CLAUDIA BURKE
Assistant Director

*/s/ Christopher J. Carney*
CHRISTOPHER J. CARNEY
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: Chris.Carney@usdoj.gov

OF COUNSEL:

MARC S. SACKS
Assistant Director

ERIC E. LAUFGRABEN
Senior Trial Counsel

ALBERT S. IAROSSI
Trial Attorney
U.S. Department of Justice

Attorneys for Defendant United States of America