## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  1:17-cv-00877-KCD<br>(Judge Davis) |

## JOINT STATUS REPORT

Pursuant to this Court's September 28, 2021 Order (ECF No. 158), the parties submit this joint status report. On June 21, 2021, the United States Supreme Court denied Plaintiff Common Ground Healthcare Cooperative's petition for a writ of certiorari (No. 20-1200) seeking review of the Federal Circuit's September 30, 2020 decision entering judgment consistent with the Federal Circuit's decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020). The Supreme Court also denied the Government's conditional cross-petition for certiorari regarding the same (No. 20-1536). *See* Orders List (U.S. June 21, 2021). Additionally, on that same day, the Court denied the petition for writ of certiorari and the Government's conditional cross-petition in *Maine Community Health Options v. United States* (No. 20-1162), which also sought review of the Federal Circuit's August 14, 2020 decision. *See* Orders List (U.S. June 21, 2021)

The parties' resolution efforts are continuing at this time, and the parties respectfully request that the stay of this matter continue for an additional 60 days, at which time a joint status report will be filed. At present, Class counsel, as well as attorneys representing other plaintiff health plans, are engaged with counsel for the Government in initial talks regarding potential avenues for resolving the CSR matters. Specifically, the parties are working to develop proposals

and methodologies that could resolve the damages and mitigation issues in the CSR cases without further litigation or streamline resolution of these cases. Both Government counsel and Class counsel will need to consult with numerous stakeholders before moving forward with any proposal that the parties may develop.

Good cause exists for the Court to continue the stay of this case. The parties are working together to determine whether they may efficiently resolve this matter without further litigation or streamline a potential resolution. The complexity of the CSR matter and the number of interested stakeholders necessitates that the parties be afforded additional time for these efforts. To this end, the parties propose that they file a status report by January 11, 2022, in which the parties will update the Court on these efforts.

DATED: November 12, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Stephen Swedlow*
Stephen Swedlow
stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

J.D. Horton
jdhorton@quinnemanuel.com
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

*/s/ Claudia Burke*
CLAUDIA BURKE
Assistant Director

*/s/ Christopher J. Carney*
CHRISTOPHER J. CARNEY
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: Chris.Carney@usdoj.gov

2

OF COUNSEL:

MARC S. SACKS
Assistant Director

ERIC E. LAUFGRABEN
Senior Trial Counsel

ALBERT S. IAROSSI
Trial Attorney
U.S. Department of Justice

*Attorneys for Defendant United States of America*