<div style="color:red; text-align:center;">**CORRECTED**</div>

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
|       Plaintiff, | ) ) | No. 17-877C |
| v. | ) ) ) | Filed: November 15, 2021 |
| THE UNITED STATES, | ) ) ) | |
|       Defendant. | ) ) | |

### **ORDER**

On November 12, 2021, pursuant to the Court's Order dated September 28, 2021 (ECF No. 158), the parties filed a Joint Status Report (ECF No. 160), informing the Court that the parties' resolution efforts are still ongoing. The report advises that the parties are developing proposals and methodologies to resolve the damages and mitigation issues that remain in the Cost Sharing Reduction ("CSR") cases. The parties request that the Court continue the stay for an additional 60 days to permit the parties to continue discussions regarding a potential resolution of this matter.

The Court **GRANTS** this request and **ORDERS** the parties to submit, by no later than January 11, 2022, a joint status report updating the Court on their efforts and, if necessary, proposing further proceedings in this case.

**SO ORDERED**.

Dated: November 15, 2021

                                                  */s/ Kathryn C. Davis*
                                                KATHRYN C. DAVIS
                                                Judge