IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 15, 2021 order (ECF No. 161), the parties respectfully submit this Joint Status Report. The November 15, 2021 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by January 11, 2022.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. On November 15, 2021, the Court continued the stay and ordered the parties to file a joint status report on or before January 11, 2022. ECF No. 161.

The parties request that the Court continue the stay in this case for 60 days to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. Counsel for a large number of plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and consulting with the client agency and its actuaries. The Government hopes to provide Plaintiff with a substantive response

by late January. Both Government counsel and Class counsel will need to consult with numerous stakeholders before moving forward with any proposal.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time for these efforts.  In addition, the parties here are discussing with each other and may present to the Court, other options to partially or fully resolve the remaining claims.  Good cause therefore exists to continue the stay.

Continuing the stay for 60 days is warranted given that the Government has agreed that it will stipulate to liability and damages for Plaintiff's and the Class's claims for CSR amounts owed for 2017 in this case, and the parties will work together to present the Court with a joint stipulation and motion for entry of partial final judgment as to CSR damages the Government owes Plaintiff and the Class for 2017 in this case.

Accordingly, the parties jointly request that the Court continue the stay in this case for 60 days, until March 14, 2022, to file the next joint status report in which the parties will update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| DATED:  January 11, 2022 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| /s/ Stephen Swedlow<br>Stephen Swedlow<br>stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401 | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| J.D. Horton<br>jdhorton@quinnemanuel.com<br>Adam B. Wolfson<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street | /s/ Christopher J. Carney<br>CHRISTOPHER J. CARNEY<br>Senior Litigation Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice |

Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class*

P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: Chris.Carney@usdoj.gov

OF COUNSEL:

MARC S. SACKS
Assistant Director

ERIC E. LAUFGRABEN
Senior Trial Counsel

ALBERT S. IAROSSI
DAVID M. KERR
Trial Attorneys
U.S. Department of Justice

*Attorneys for Defendant United States of America*