IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  1:17-cv-00877-KCD<br>(Judge Davis) |

## JOINT STATUS REPORT

Pursuant to this Court's March 15, 2022 Order, the parties submit this joint status report. On June 21, 2021, the United States Supreme Court denied Plaintiff Common Ground Healthcare Cooperative's petition for a writ of certiorari (No. 20-1200) seeking review of the Federal Circuit's September 30, 2020 decision entering judgment consistent with the Federal Circuit's decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020). The Supreme Court also denied the Government's conditional cross-petition for certiorari regarding the same (No. 20-1536). *See* Orders List (U.S. June 21, 2021). Additionally, on that same day, the Court denied the petition for writ of certiorari and the Government's conditional cross-petition in *Maine Community Health Options v. United States* (No. 20-1162), which also sought review of the Federal Circuit's August 14, 2020 decision. *See* Orders List (U.S. June 21, 2021)

The parties' resolution efforts are continuing at this time, and the parties respectfully request that the stay of this matter continue for an additional 60 days, at which time a joint status report will be filed. At present, Class counsel, as well as attorneys representing other plaintiff

health plans, are engaged with counsel for the Government in initial talks regarding potential avenues for resolving the CSR matters.  Specifically, the parties are working to develop proposals and methodologies that could resolve the damages and mitigation issues in the CSR cases without further litigation or streamline resolution of these cases.  On December 3, 2021, counsel for a large number of plaintiff health plans shared a proposal with the Government, and on April 28, 2022, the Government provided its substantive response to plaintiffs' counsel's proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond.  The parties held a conference call on May 6 to discuss certain aspects of the Government's response and what the next steps should be.  The parties intend to meet again on May 20 to discuss more specific actuarial issues.  After Class counsel and other plaintiffs' counsel have completed reviewing the Government's response, the parties plan to meet and confer regarding the Government's response and the potential mutual resolution of pending CSR claims for benefit years 2018 and beyond.  Further, both Government counsel and Class counsel will need to consult with numerous stakeholders before moving forward with any proposal.  The parties are also working together to present the Court with a joint stipulation for entry of partial final judgment as to CSR damages the Government owes Plaintiff for 2017 in this case.

       Good cause exists for the Court to continue the stay of this case. The parties are working together to determine whether they may efficiently resolve this matter without further litigation or streamline a potential resolution.  The complexity of the CSR matter and the number of interested stakeholders necessitates that the parties be afforded additional time for these efforts.  To this end, the parties propose that they file a status report by July 12, 2022, in which the parties will update the Court on these efforts.

| | |
|---|---|
| DATED:  May 13, 2022 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Stephen Swedlow*<br>Stephen Swedlow<br>stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401 | PATRICIA M. McCARTHY<br>Director<br><br>*/s/ Claudia Burke*<br>CLAUDIA BURKE<br>Assistant Director |
| J.D. Horton<br>jdhorton@quinnemanuel.com<br>Adam B. Wolfson<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | */s/ David M. Kerr*<br>DAVID M. KERR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-7597<br>Facsimile: (202) 307-2503<br>Email: Chris.Carney@usdoj.gov |
| *Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class* | OF COUNSEL:<br><br>ALBERT S. IAROSSI<br>Trial Attorney<br>U.S. Department of Justice<br><br>*Attorneys for Defendant United States of America* |