IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUE CARE NETWORK OF MICHIGAN, and BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 20-1000 |
| v. | ) ) | Filed: January 12, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| COMMUNITY HEALTH CHOICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 18-05 |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| MAINE COMMUNITY HEALTH OPTIONS, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-2057 |
| v. | ) ) | |

|  |  |  |
|---|---|---|
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |
| MAINE COMMUNITY HEALTH OPTIONS, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 20-458 |
| v. | ) ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court will hold a telephone status conference in the above-captioned matters on **Monday, January 23, 2023, at 10:00 a.m. Eastern Time** to discuss the parties' recent joint status reports advising the Court on the status of settlement discussions. The parties have been provided with the dial-in information.

Due to the overlap of settlement efforts across these cases, the Court is holding a single combined proceeding. For the sake of order and efficiency, the parties should designate one counsel to speak for Plaintiffs and the Government, respectively. The Court anticipates discussing settlement efforts globally, but if there are issues unique to an individual case those may be addressed by the counsel handling that case. In particular, the Court would like to better understand why the parties' discussions have been prolonged and the timeline for concluding them.

**SO ORDERED**.

Dated: January 12, 2023

                                                            */s/ Kathryn C. Davis*
                                                            KATHRYN C. DAVIS
                                                           Judge