## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Common Ground Healthcare Cooperative, <br><br> Plaintiff, on behalf of itself and all others similarly situated, <br><br> vs. <br><br> United States of America. <br><br> Defendant. | Case No. 1:17-cv-00877-KCD <br><br> Judge Davis |

## PLAINTIFF'S MOTION FOR A STATUS CONFERENCE

Pursuant to Rule of the Court of Federal Claims 16(a), Plaintiff Common Ground Healthcare Cooperative ("Common Ground") respectfully requests a status conference at the Court's convenience. On March 9, 2023, mandate issued from the United States Court of Appeals for the Federal Circuit with respect to an appeal from this Court (Dkt. 174). The Federal Circuit's decision vacated and remanded this Court's award of attorney's fees and remanded the matter back to this Court for further proceedings. Plaintiff respectfully suggests that a status conference to address procedures and a schedule for further proceedings would be advisable at this time.

Dated: March 13, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Adam B. Wolfson*

Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
Margaret Haas
margarethaas@quinnemanuel.com
191 North Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Common Ground and the Class*
