## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-259 |
| v. | ) ) | Filed: March 20, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | Filed: March 20, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court will hold a telephone status conference in the above-captioned matters on **Tuesday, March 21, 2023, at 1:00 p.m. Eastern Time** to discuss the issues raised in Plaintiff's recent motions for status conference. *See Health Republic*, ECF No. 184; *Common Ground*, ECF No. 176. The parties have been provided with the dial-in information.

**SO ORDERED**.

Dated: March 20, 2023

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge