IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>       Plaintiff,<br>       on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Defendant. | No.  1:17-cv-00877-KCD<br>(Judge Davis) |

## JOINT STATUS REPORT

Pursuant to the Court's December 1, 2023 order, the parties respectfully submit this joint status report to request that the Court continue the stay of this case for 60 days.

As the parties reported to the Court in their November 28, 2023 Joint Status Report, this case is currently stayed because the Government is working with a number of CSR Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases.  On December 1, 2023, the Court ordered the parties to file a joint status report on or before January 26, 2024.

Pursuant to the Court's December 1, 2023 order, the parties respectfully submit this Joint Status Report.  As stated in the parties' previous Joint Status Report, counsel for the parties have reached a tentative agreement in principle on a methodology by which the parties believe some of these CSR cases can be settled, including this case.  This settlement methodology has been reviewed by officials at both the Department of Health and Human Services and the Department of Justice, but the actual settlement of each CSR case applying that methodology must be approved and accepted by Defendant and each participating CSR plaintiff before it can be finally

authorized. Defendant is proposing for the plaintiffs' consideration a process to gather and verify certain relevant data to determine and calculate the damages that may be owed to a given CSR plaintiff insurer for a given year pursuant to the agreed-upon methodology. Once the agreed-upon relevant data is gathered and verified, each plaintiff will have the option of participating in the proposed settlement process or continuing instead with litigation, subject to the approval process described above. The parties also are working to complete a draft form settlement agreement and release to be used by the parties as a template for each case that the parties have agreed to settle.

Defendant shared a draft settlement agreement template with plaintiffs on December 1, 2023, and plaintiffs provided Defendant with comments on the draft on December 14 and 15, 2023. On December 15, 2023, Defendant also shared with plaintiffs a timeline for its proposed data gathering and verification process to verify settlement amounts owed to plaintiffs. Therefore, the settlement agreement and approval process for these CSR cases will take additional time to complete. We thus respectfully request that the Court continue the stay in this case for 60 days, until Tuesday, March 24, 2024, at which time the parties propose to update the Court regarding the current status of the settlement process in this CSR case and others.

| | |
|---|---|
| DATED: January 26, 2024 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Adam B. Wolfson*<br>Adam B. Wolfson<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | PATRICIA M. McCARTHY<br>Director<br><br>*/s/ Claudia Burke*<br>CLAUDIA BURKE<br>Deputy Director<br><br>*/s/ David M. Kerr* |

Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class*

DAVID M. KERR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: David.M.Kerr@usdoj.gov

OF COUNSEL:

ALBERT S. IAROSSI
Assistant Director
U.S. Department of Justice

*Attorneys for Defendant United States of America*