# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | Filed: June 6, 2024 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court will hold a telephonic status conference in the above-captioned matter on **Monday, June 10, 2024, at 11:00 a.m. Eastern Time** to discuss the issues raised in the parties' recent Joint Status Report. *See* ECF No. 214. The parties have been provided with the dial-in information.

**SO ORDERED**.

Dated: June 6, 2024

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge