# In the United States Court of Federal Claims
Nos. 16-259 C and 17-877 C
Filed: November 20, 2024

**HEALTH REPUBLIC INSURANCE COMPANY and COMMON GROUND HEALTHCARE COOPERATIVE**
    Plaintiffs

    v.

**THE UNITED STATES**
    Defendant

**CORRECTED RULE 54(b) JUDGMENT**

    Pursuant to the court's Order, filed November 19, 2024, granting plaintiffs' motion to correct the judgments entered on October 18, 2024, and the Opinion and Order, filed October 10, 2024, granting Class Counsel's renewed motions for approval of attorney's fee request, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Class Counsel is awarded attorney's fees in the total amount of $92,424,335.84, with $47,591,551.18 from the Non-Dispute Subclass in *Health Republic Insurance Company v. United States*, No. 16-259C, and $44,832,784.66 from the Non-Dispute Subclass in *Common Ground Healthcare Cooperative v. United States*, No. 17-877C.

    Lisa L. Reyes
    Clerk of Court

By:    s/ Debra L. Samler
        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $605.00, effective December 1, 2023.