IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>         Plaintiff,<br>         on behalf of itself and all others similarly situated,<br><br>    vs.<br><br>THE UNITED STATES,<br><br>         Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

## JOINT STATUS REPORT

Pursuant to the Court's July 18, 2025 order, the parties respectfully submit this joint status report.  The parties have executed a settlement agreement that will end this case.  The settlement agreement contemplates that Class Counsel will now submit to the Court a motion for preliminary approval of the settlement set forth in the Settlement Agreement and Release and propose a final approval schedule.  If the Court grants Class Counsel's motion, the parties respectfully request that they provide a further update to the Court at the end of the final approval schedule set forth in the Court's order granting the motion.

DATED:  August 11, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*s/ Adam B. Wolfson*
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

*s/ Claudia Burke*
CLAUDIA BURKE
Deputy Director

<div style="display: flex;">

Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

*Attorneys for Plaintiff Common Ground Healthcare Cooperative and the Class*

</div>

<div>

*s/ David M. Kerr*
DAVID M. KERR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: David.M.Kerr@usdoj.gov

OF COUNSEL:

ALBERT S. IAROSSI
Assistant Director
U.S. Department of Justice

*Attorneys for Defendant United States of America*

</div>